UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JACK ABBOTT GREBE, JR.
        Petitioner
   v.                             **Judgment in a Civil Case**
SARA REVELL; HARLEY G. LAPPIN
        Respondents             Case Number: 5:11-HC-2010-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on May 4, 2011, with service on:
Jack Abbott Grebe, Jr. 82283-079, LSCI - Butner, P.O. Box 999, Butner, NC 27509 (via U.S. Mail)

May 4, 2011                                        /s/ Dennis P. Iavarone
                                                             Clerk